NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CORNELIUS C. CANADY,      )
                      )
        Appellant,        )
                      )
v.                     )    Case No. 2D18-3589
                      )
STATE OF FLORIDA,       )
                      )
        Appellee.         )
_____)

Opinion filed May 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Polk County; J. Kevin Abdoney, Judge.

Cornelius C. Canady, pro se.

PER CURIAM.

        Affirmed.

CASANUEVA, MORRIS, and SALARIO, JJ., Concur.